UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA ELEY, | : |
| | : |
| Plaintiff, | : |
| | : No. 3:13-cv-00069-AWT |
| v. | : |
| | : |
| EOS CCA, | : |
| | : |
| Defendant. | : |
| | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

Dated this 28 day of May, 2013.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| SONIA ELEY | COLLECTO INC. d/b/a EOS/CCA |
| | |
| By:_____ | By:_____ |
| Sergei Lemberg | Jonathan D. Elliot |
| Attorney at Law | Zeldes, Needle & Cooper, P.C. |
| Lemberg & Associates, LLC | 1000 Lafayette Boulevard |
| 1100 Summer Street 3rd Fl. | Bridgeport, CT  06604 |
| Stamford, CT 06905 | Tel:    203-333-9441 |
| Tel:  516-791-4400 | Fax:   203-333-1489 |
| Fax: 877-795-3666 | E-Mail: jelliot@znclaw.com |
| Email: slemberg@lemberglaw.com | |
| | Its Attorneys |
| Her Attorney | |

So Ordered: _____     Dated:

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th of June, 2013, the foregoing was filed with the clerk of the Court through the CM/ECF system (ECF), which sent notice of such filing to the following:

Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604

                                        /s/ Sergei Lemberg
                                               Sergei Lemberg